

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 13, 2012

The Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  United States v. Espada et al.
            Cr. No. 12-235(WHP)

Dear Judge Pauley:

    The government respectfully submits herewith a revised version of its motion _in limine_ filed on September 10, 2012. This version contains no substantive changes, but corrects a small number of typographical and other minor errors that were inadvertently included in the previously filed version.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:     /s/
                Roger Burlingame
                Assistant U.S. Attorney
                (718) 254-6291

cc:  Defense counsel (via ECF)